## THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## CRIMINAL CASE NO. 1:04-cr-00018-MR-1

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| **JONATHAN LEE SHULL,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Defendant's letter.  [Doc. 62].

In his letter, the Defendant asks the Court to advise him whether "the Amendment 821 that recently passed the Sentencing Commission applies to [his] case…."  [Doc. 62 at 1].

The Defendant was previously cautioned that he must seek relief from the Court by way of a motion and that letters and other miscellaneous documents would not receive a response.  [See Doc. 59].  Accordingly, the Defendant's letter is stricken.  If the Defendant wishes to seek a sentence reduction pursuant to Amendment 821, he must do so by filing a motion setting out a specific claim for relief.

**IT IS, THEREFORE, ORDERED** that the Defendant's letter [Doc. 62] is **STRICKEN**.

**IT IS SO ORDERED.**

Signed: October 10, 2024

Martin Reidinger
Chief United States District Judge

2